IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHNATHAN R. BLACK,

    Plaintiff,

    v.

CAPRICE MASSEY, Sheriff; PATRICK GARRETT (Former) Sheriff; SETH HONL, Washington County Deputy/Forest Grove,

    Defendants.

Civ. No. 6:25-cv-01770-AP

ORDER

MCSHANE, Judge:

    Magistrate Judge Amy Potter filed a Findings and Recommendation (ECF No. 8), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Potter's Findings and Recommendation (ECF No. 8) is adopted. Plaintiffs' claims, ECF No. 1, are therefore dismissed with prejudice.

IT IS SO ORDERED.

    DATED this <u>12th</u> day of January 2026.

/s/ Michael J. McShane<br>Michael McShane<br>United States District Judge

1 – ORDER